**Order entered June 8, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00362-CR

## JIMMY CARLOS SO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-24857-V

### ORDER

The reporter's record is past due. When it was not timely filed, we notified official court reporter Kelly Simmons and directed her to file the reporter's record by May 21, 2022. To date, the record has not been filed and we have had no communication from Ms. Simmons.

We **ORDER** the reporter's record filed by June 29, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Kelly

Simmons, official court reporter, 292nd Judicial District Court; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE